Approved. Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ESTATE OF ERIC BULLION,** *et al.* | ) | **CASE NO. 3:23-cv-00390 JZ** |
| | ) | |
| Plaintiff, | ) | **HON. JUDGE JACK ZOUHARY** |
| v. | ) | |
| | ) | |
| **STANDARD LIFE AND ACCIDENT** | ) | **STIPULATION OF DISMISSAL OF ALL** |
| **INSURANCE COMPANY,** *et al.* | ) | **CLAIMS WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

Now come the Parties, Plaintiff, Denise Bullion, Individually and as Representative of the Estate of Eric Bullion, and the Defendants, Railroad Marketing Specialist, LLC and Standard Life and Accident Insurance Company, and hereby state that this matter has resolved. Therefore, pursuant to Fed.R.Civ.P. 41(A), this matter is dismissed with prejudice as to all claims and parties. Each part is to bear its own attorney's fees and costs, including court costs.

Respectfully submitted,

/s/ *John B. Stalzer (per email consent)*
JOHN B. STALZER (0074371)
20714 Stratford Ave.
Rocky River, OH 44116
Phone: (216) 570-2399 Fax: (440) 201-6564
Email: jstalzer@stalzerlaw.com
***Attorney for Plaintiffs***

/s/ *Brooke L. Seiler*
KEVIN C. ALEXANDERSEN (0037312)
BROOKE L. SEILER (0095650)
BURNS WHITE LLC
The Terminal Tower
50 Public Square, Suite 3800
Cleveland, Ohio 44113
Phone: (216) 920-3090/Fax: (216) 274-6394
Email: kcalexandersen@burnswhite.com
blseiler@burnswhite.com
***Attorneys for Defendant***
***Railroad Marketing Specialist, LLC***

        /s/ *Stephen E. House (per email consent)*
TODD M. ZIMMERMAN (0068112)
STEPHEN E. HOUSE (0068976)
Rohrbacher Trimble & Zimmerman Co. LPA
470 Olde Worthington Road, Suite 430
Westerville, OH 43082
Phone: (614) 726-3080 Fax: (614) 392-2608
Email: shouse@rtz-law.com
***Attorneys for Defendant Standard Life and Accident Insurance Company***

## CERTIFICATE OF SERVICE

I certify that on June 24, 2024, I electronically filed the foregoing document(s) and that it is available for viewing and downloading from the Court's CM/ECF system. The participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

        */s/ Brooke L. Seiler*
**BROOKE L. SEILER (0095650)**
**BURNS WHITE LLC**
Attorney for Defendant
Railroad Marketing Specialist, LLC

2